UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-02062-SSS-PVCx | Date | February 3, 2025 |
| Title | Aaron Staudenmayer, et al. v. County of San Bernardino, et al. | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present                            None Present

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DOE DEFENDANTS**

On August 26, 2024, Plaintiffs Aaron and Charles Staudenmayer filed their Complaint in which numerous Doe defendants are listed. [*See* Dkt. 1, Complaint, at 4 ¶¶ 13]. As of the date of this order, there is no evidence in the record to show Plaintiff has timely served these defendants under Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the Doe defendants should not be dismissed for failure to name and serve a copy of the summons and Complaint on these defendants. Plaintiff must respond in writing by **February 28, 2025.** Failure to respond will result in a dismissal of the Doe Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey court orders.

**IT IS SO ORDERED.**